# In the United States District Court
# for the Southern District Of Georgia
# Brunswick Division

ARMANDO RAMIREZ, JR., :
:
Petitioner, :
:
vs. : CIVIL ACTION NO.: CV214-085
:
:
SUZANNE R. HASTINGS. :
:
Respondent. :

### ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's October 24, 2014, Report and Recommendation, to which no Objections have been filed. Respondent's Motion to Dismiss, dkt. no. 7, is **GRANTED**, and the instant Petition for Writ of Habeas Corpus is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 9 day of March, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)